AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture of Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Prison Term of 10 years;
Maximum Fine of $250,000;
Maximum Supervised Release Term of 3 years;
Mandatory Special Assessment of $100;
Forfeiture

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
NISAIAH JOVAN PERRY, a/k/a ISIAH JOVAN PERRY,

**DISTRICT COURT NUMBER**
CR 21 485 HSG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS, Acting
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): THOMAS R. GREEN, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED DEC 16 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☒ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST: Month/Day/Year 09/11/2021
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY: Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

UNITED STATES OF AMERICA,

V.

NISAIAH JOVAN PERRY,
a/k/a ISIAH JOVAN PERRY,

CR 21 485 HSG

FILED
DEC 16 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture of Firearm and Ammunition

A true bill.

*/s/ Foreperson of the Grand Jury - Roy Alper*
Foreman

Filed in open court this 16th day of December 2021.

Ivy L. Garcia, Clerk

Magistrate Judge Donna M. Ryu

Bail, $ NO BAIL WARRANT



STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney



FILED
DEC 16 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR **CR 21 485** HSG |
|---|---|
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture of Firearm and Ammunition |
| v. | |
| NISAIAH JOVAN PERRY, a/k/a ISIAH JOVAN PERRY, | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:          (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about September 11, 2021, in the Northern District of California, the defendant,

NISAIAH JOVAN PERRY,
a/k/a ISIAH JOVAN PERRY,

knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Sig Sauer .40 caliber pistol bearing serial number 24B127794, and a Century Arms 7.62 x 39mm caliber pistol bearing Serial# 39WM-000348 with a drum magazine loaded with an unknown number of rounds of ammunition, all in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT                                              1

FORFEITURE ALLEGATION:   (18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1. The factual allegations contained in Count One of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon a conviction for the offense set forth in this Indictment, the defendant,

NISAIAH JOVAN PERRY,
a/k/a ISIAH JOVAN PERRY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any firearm involved in or used in any violation of said offense, including, but not limited to, the following property:

   a. one (1) Sig Sauer .40 caliber pistol bearing serial number 24B127794; and
   b. one (1) Century Arms 7.62 x 39mm caliber pistol bearing Serial# 39WM-000348 with a drum magazine loaded with an unknown number of rounds of ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:
   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//
//
//
//

INDICTMENT                                  2

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: December 16, 2021                         A TRUE BILL.

*/s/ Foreperson of the Grand Jury - Roy Alper*
FOREPERSON
Oakland

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Thomas R. Green*
THOMAS R. GREEN
Assistant United States Attorney

INDICTMENT                                      3